

NUMBER 13-14-00535-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS, RICHARD FREYMANN, AND DORA SOTO

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam[1]**

Relators, State Farm Lloyds, Richard Freymann, and Dora Soto, have filed a petition for writ of mandamus requesting that this Court direct respondent, the Honorable Rose Guerra Reyna, Presiding Judge of the 206th District Court of Hidalgo County, Texas, to withdraw her order denying relators' verified plea in abatement and to enter an order abating the suit for damages brought against relators by the real parties in interest, Salvador Gonzalez and Maria Gonzalez, until sixty days after they provide relators with a

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

notice letter for their claim stating the specific, separate amounts for the claimed damages and attorney's fees. *See* TEX. INS. CODE ANN. § 541.154 (West, Westlaw through 2013 3d C.S.) ("Prior Notice of Action"); *id.* § 541.155 (West, Westlaw through 2013 3d C.S.) ("Abatement"); TEX. R. APP. P. 52.1 ("Commencement" of Original Proceedings). In addition, relators request that this Court issue immediate temporary relief staying respondent's order denying the plea in abatement. *See* TEX. R. APP. P. 52.10 ("Temporary Relief").

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that the petition for writ of mandamus should be denied for the reasons expressed in our opinion in *In re State Farm Lloyds, Richard Freymann, and Nathan Burris*, No. 13-14-00347-CV, 2014 WL 4243701, at \*\*4–9 (Tex. App.—Corpus Christi Aug. 27, 2014, orig. proceeding) (mem. op). Accordingly, the Court DENIES the petition for writ of mandamus and request for immediate temporary relief. *See* TEX. R. APP. P. 52.8(d).

PER CURIAM

Delivered and filed the 19th
day of September, 2014.

2